Ryan Lee Esq. (SBN: 235879)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Ste. 401
Los Angeles, CA 90025
rlee@consumerlawcenter.com
T: (323) 988-2400
F: (866) 861-1390
Attorney for Plaintiff
VICTORIA MACDONALD

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| VICTORIA MACDONALD,<br><br>　　　　Plaintiff,<br>　vs.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br><br>　　　　Defendant. | **Case No.: 2:12-cv-01395-GEB-EFB**<br><br>NOTICE OF SETTLEMENT |

NOW COMES the Plaintiff, VICTORIA MACDONALD, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 60 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

　　　　　　　　　　　　　　　　　　Respectfully Submitted,

Dated: 08/7/2012　　　　　　　KROHN & MOSS LTD

　　　　　　　　　　　　　　　　/s/ Ryan Lee
　　　　　　　　　　　　　　　　Ryan Lee, Esq.
　　　　　　　　　　　　　　　　Attorney for Plaintiff,
　　　　　　　　　　　　　　　　VICTORIA MACDONALD

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2012, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. I further certify that on August 7, 2012, I served all counsel of record with a copy of this document by way of the CM/ECF system.

By:   /s/ Ryan Lee
      Ryan Lee, Esq.