IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VICTORIA MACDONALD,  )
  )  2:12-cv-01395-GEB-EFB
        Plaintiff,  )
  )
   v.  )  ORDER RE: SETTLEMENT AND
  )  DISPOSITION
NCO FINANCIAL SYSTEMS, INC.,  )
  )
        Defendant.  )
_____ )

        Plaintiff filed a "Notice of Settlement" on August 7, 2012, in which she states: "a settlement of the present matter has been reached . . . , which Plaintiff anticipates will be finalized within the next 60 days." (ECF No. 7.)

        Therefore, a dispositional document shall be filed no later than October 8, 2012. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

        Further, the Status Conference scheduled for hearing on September 17, 2012, is continued to October 29, 2012, commencing at 9:00 a.m., in the event no dispositional document is filed, or if this

1

action is not otherwise dismissed.[1]  A joint status report shall be filed fourteen (14) days prior to the Status Conference.

IT IS SO ORDERED.

Dated:  August 14, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

---

[1] The Status Conference will remain on calendar, because the mere representation that a case has been settled does not justify vacating a scheduling proceeding. Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987) (indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).

2