Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA 92108-3426
Tel:   619/758-1891
Fax:  619/296-2013
dkirkpatrick@sessions-law.biz
alimberg@sessions-law.biz

Attorney for NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA,

SACRAMENTO DIVISION

| | |
|---|---|
| VICTORIA MACDONALD, | Case No. CV 12-01395 GEB EFB |
| Plaintiff, | STIPULATION TO DISMISS WITH PREJUDICE |
| vs. | |
| NCO FINANCIAL SYSTEMS, INC., | |
| Defendant. | |

Plaintiff, Victoria MacDonald, filed the present action against NCO Financial Systems, Inc. ("NCO") on May 23, 2012. NCO filed its responsive pleading on July 27, 2012. The parties subsequently resolved the action in its entirety. As part of said resolution, the parties agree to dismiss the entire action with prejudice.

///

///

Stipulation to Dismiss with Prejudice

1

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above captioned action is dismissed with prejudice pursuant to Fed.R.Civ.Pro.41.

DATED: 8/22/12                    Krohn & Moss, Ltd.

                                  By:   */s/Ryan S. Lee*
                                        Ryan S. Lee
                                        Attorney for Plaintiff
                                        Victoria MacDonald


Dated: 8/22/12                    SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

                                  By:   */s/Debbie P. Kirkpatrick*
                                        Debbie P. Kirkpatrick
                                        Attorney for Defendant
                                        NCO Financial Systems, Inc.


IT IS SO ORDERED.

Dated:                            _____
                                  Hon. Judge Garland E. Burrell, Jr.